AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ginsburg, Douglas H. | D.C. Circuit | 08/13/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (senior) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☒ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Professor of Law | George Mason University Antonin Scalia Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | George Mason University Antonin Scalia Law School | $354,856.90 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self Employed fund raiser for non profit |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Free to Choose Network, Educational TV | 1/5/2017-1/5/2017 | Atlanta, GA | Meeting | Transportation, Food & Lodging |
| 2. | American Bar Association | 1/9/2017- 1/9/2017 | West Palm Brach, FL | Professional Association | Transportation, Food & Lodging |
| 3. | Free to Choose Network, Educational TV | 1/23/2017 - 1/23/2017 | New Haven, CT | Meeting | Transportation, Food & Lodging |
| 4. | Free to Choose Network | 1/26/2017 - 1/26/2017 | Boston MA | Meeting | Transportation, Food & Lodging |
| 5. | George Mason Univ. Antonin Scalia Law School | 2/3/2017 - 2/6/2017 | West Palm Beach, FL | Teaching | Transportation, Food & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2018 |

| # | | Dates | Location | Purpose | Items Paid or Provided |
|---|---|---|---|---|---|
| 6. | Free to Choose Network, Educational TV | 2/17/2017 - 2/20/2017 | Philadelphia, PA | Meeting | Transportation, Food & Lodging |
| 7. | George Mason Univer. Antonin Scalia Law School | 3/12/2017 - 3/17/2017 | Dubai, Saudia Arabia | Teaching | Transportation, Food & Lodging |
| 8. | University of Chicago Law School | 4/6/2017 - 4/7/2017 | Urbana Champaign, IL | Teaching | Transportation, Food & Lodging |
| 9. | Jevons Institute of London | 5/4/2017 - 5/5/2017 | London, United Kingdom | Conference | Transportation, Food & Lodging |
| 10. | George Mason Univ. Global Antitrust Institute | 5/8/2017 - 5/12/2017 | Porto, Portugal | Conference | Transportation, Food & Lodging |
| 11. | George Mason Univ. Antonin Scalia Law School | 5/15/2017 - 5/16/2017 | Madrid, Spain | Conference | Transportation, Food & Lodging |
| 12. | Free to Choose Network, Educational TV | 5/24/2017 - 5/26/2017 | Philadelphia, PA | Meeting | Transportation, Food & Lodging |
| 13. | George Mason Univ. Antonin Scalia Law School | 6/8/2017 - 6/9/2017 | New York, NY | Conference | Transportation, Food & Lodging |
| 14. | George Mason Univ. Global Antitrust Institute | 6/16/2017 - 6/23/2017 | Melbourne, Australia | Teaching | Transportation, Food & Lodging |
| 15. | Free to Choose Network, Educational TV | 8/4/2017 - 8/6/2017 | Sturbridge, MA | Meeting | Transportation, Food & Lodging |
| 16. | George Mason Univ. Antonin Scalia Law School | 8/22/2017 - 8/23/2017 | Northeast Harbor, ME | Teaching | Food & Lodging |
| 17. | Free to Choose Network, Educational TV | 9/7/2017 - 9/8/2017 | London, United Kingdom | Meeting | Transportation, Food & Lodging |
| 18. | George Mason Univ. Antonin Scalia Law School | 9/11/2017 - 9/12/2017 | London, United Kingdom | Teaching | Transportation, Food & Lodging |
| 19. | George Mason Univ. Global Antitrust Institute | 9/13/2017 - 9/15/2017 | Leeds, United Kingdom | Conference | Transportation, Food & Lodging |
| 20. | George Mason Univ. Antonin Scalia Law School | 9/21/2017 - 9/22/2017 | New York, NY | Teaching | Transportation, Food & Lodging |
| 21. | West Point Military Academy | 9/22/2017 - 9/22/2017 | West Point, NY | Teaching | Transportation, Food & Lodging |
| 22. | George Mason Univ. Antonin Scalia Law School | 10/12/2017 - 10/13/2017 | Ithaca, NY | Teaching | Transportation, Food & Lodging |
| 23. | Free to Choose Network, Educational TV | 10/23/2017 - 10/23/2017 | Philadelphia, PA | Meeting | Transportation, Food & Lodging |
| 24. | George Mason Univ. Antonin Scalia Law School | 11/3/2017 - 11/6/2017 | Stockholm, Sweden | Conference | Transportation, Food & Lodging |
| 25. | George Mason Univ. Global Antitrust Institute | 11/25/2017 - 12/1/2017 | Beijing, China | Conference | Transportation, Food & Lodging |
| 26. | George Mason Univ. Global Antitrust Institute | 12/2/2017 - 12/8/2017 | Paris, France | Conference | Transportation, Food & Lodging |
| 27. | George Mason Univ. Antonin Scalia Law School | 12/13/2017 - 12/15/2017 | New York, NY | Conference | Transportation, Food & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA Traditional | D | None | N | T | | | | | |
| 2. CREF Equity Index R3 | | None | K | T | | | | | |
| 3. WBRXX (renamed FZBXX) | B | Dividend | O | T | | | | | |
| 4. CVX | C | Dividend | M | T | | | | | |
| 5. ECL | A | Dividend | M | T | | | | | |
| 6. EPD | C | Dividend | K | T | | | | | |
| 7. FAST | C | Dividend | M | T | | | | | |
| 8. PEP | B | Dividend | K | T | | | | | |
| 9. TSCO | A | Dividend | | | Sold | 05/23/17 | L | E | |
| 10. SYK | C | Dividend | N | T | | | | | |
| 11. KMX | | None | M | T | | | | | |
| 12. SMG | D | Dividend | N | T | | | | | |
| 13. BMY | B | Dividend | | | Sold | 06/06/17 | M | E | |
| 14. SBUX | C | Dividend | M | T | Sold (part) | 08/10/17 | L | E | |
| 15. IDXX | | None | N | T | Sold (part) | 08/10/17 | L | E | |
| 16. CHD | C | Dividend | M | T | | | | | |
| 17. C | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CVS | A | Dividend | | | Sold | 02/09/17 | M | | |
| 19. DXCM | | None | | | Sold | 10/06/17 | M | E | |
| 20. ALGN | | None | O | T | Sold (part) | 10/06/17 | L | F | |
| 21. BGS | C | Dividend | | | Sold | 05/03/17 | M | | |
| 22. FTV | A | Dividend | L | T | | | | | |
| 23. GE | C | Dividend | | | Sold | 03/21/17 | M | C | |
| 24. RMAX | C | Dividend | M | T | | | | | |
| 25. RBA | B | Dividend | | | Sold | 05/23/17 | M | | |
| 26. UPS | C | Dividend | M | T | | | | | |
| 27. GOOG | | None | M | T | Buy | 02/03/17 | M | | |
| 28. AXP | B | Dividend | N | T | Buy | 06/02/17 | M | | |
| 29. BOBE | E | Dividend | M | T | Buy | 05/05/17 | M | | |
| 30. FB | | None | M | T | Buy | 03/21/17 | M | | |
| 31. MSFT | C | Dividend | M | T | Buy | 02/03/17 | M | | |
| 32. TYL | | None | M | T | Buy | 06/22/17 | M | | |
| 33. AYI | A | Dividend | | | Buy | 01/06/17 | M | | |
| 34. | | | | | Sold | 02/09/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EFII | | None | | | Buy | 03/21/17 | M | | |
| 36. | | | | | Sold | 08/04/17 | L | | |
| 37. ALRM | | None | | | Buy | 10/06/17 | M | | |
| 38. | | | | | Sold | 12/27/17 | L | | |
| 39. XOM | E | Dividend | O | T | | | | | |
| 40. MRK | A | Dividend | K | T | | | | | |
| 41. RDS A | B | Dividend | K | T | | | | | |
| 42. CHD | A | Dividend | K | T | | | | | |
| 43. CVS | A | Dividend | | | Sold | 02/09/17 | K | C | |
| 44. ECL | A | Dividend | K | T | | | | | |
| 45. XRAY | A | Dividend | | | Sold | 05/10/17 | L | E | |
| 46. DXCM | | None | | | Sold | 10/06/17 | K | B | |
| 47. GE | A | Dividend | | | Sold | 03/21/17 | K | A | |
| 48. JCOM | A | Dividend | K | T | | | | | |
| 49. RMAX | A | Dividend | K | T | | | | | |
| 50. RAD | | None | | | Sold | 12/21/17 | J | | |
| 51. VCSH | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  CAT | A | Dividend | K | T | Buy | 10/06/17 | K | | |
| 53.  MSFT | A | Dividend | K | T | Buy | 02/09/17 | K | | |
| 54.  MO | C | Dividend | M | T | | | | | |
| 55.  JNJ | A | Dividend | K | T | | | | | |
| 56.  PM | D | Dividend | M | T | Sold (part) | 02/02/17 | J | B | |
| 57.  CHD | A | Dividend | | | Sold | 10/27/17 | K | C | |
| 58.  XRAY | A | Dividend | | | Sold | 05/15/17 | J | C | |
| 59.  SYK | A | Dividend | K | T | | | | | |
| 60.  MJN | A | Dividend | | | Sold | 05/02/17 | K | B | |
| 61.  DXCM | | None | | | Sold | 10/06/17 | J | B | |
| 62.  SMG | A | Dividend | | | Sold | 06/01/17 | K | E | |
| 63.  MRCC | B | Dividend | K | T | | | | | |
| 64.  PG | A | Dividend | K | T | | | | | |
| 65.  ALGN | | None | L | T | | | | | |
| 66.  AMZN | | None | K | T | | | | | |
| 67.  JCOM | A | Dividend | | | Sold | 10/31/17 | K | B | |
| 68.  RMAX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. RBA | A | Dividend | | | Sold | 05/23/17 | J | | |
| 70. SBUX | A | Dividend | J | T | | | | | |
| 71. AQMIX | | None | | | Sold | 02/09/17 | K | | |
| 72. ALRM | | None | J | T | Buy | 10/06/17 | K | | |
| 73. GOOG | | None | J | T | Buy | 02/09/17 | J | | |
| 74. AXP | A | Dividend | K | T | Buy | 06/02/17 | K | | |
| 75. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 76. CAT | A | Dividend | K | T | Buy | 10/06/17 | K | | |
| 77. KRNT | | None | K | T | Buy | 05/02/17 | K | | |
| 78. MSFT | A | Dividend | K | T | Buy | 02/09/17 | J | | |
| 79. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 80. RP | | None | K | T | Buy | 10/31/17 | K | | |
| 81. WDAY | | None | K | T | Buy | 10/31/17 | K | | |
| 82. BOBE | A | Dividend | | | Buy | 06/01/17 | K | | |
| 83. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 84. | | | | | Sold | 10/06/17 | K | B | |
| 85. MMP | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BP | B | Dividend | K | T | | | | | |
| 87. KO | A | Dividend | K | T | | | | | |
| 88. ESRX | | None | L | T | Sold (part) | 04/28/17 | K | B | |
| 89. | | | | | Sold (part) | 05/25/17 | L | E | |
| 90. MON | A | Dividend | K | T | | | | | |
| 91. SLB | B | Dividend | L | T | | | | | |
| 92. AMZN | | None | N | T | | | | | |
| 93. DUK | B | Dividend | L | T | | | | | |
| 94. EMR | B | Dividend | L | T | Sold (part) | 02/02/17 | J | A | |
| 95. ETE | B | Distribution | K | T | | | | | |
| 96. NEE | B | Dividend | K | T | | | | | |
| 97. MCD | B | Dividend | L | T | Sold (part) | 02/02/17 | J | B | |
| 98. ACN | B | Dividend | J | T | Buy (add'l) | 02/02/17 | J | | |
| 99. CVX | B | Dividend | L | T | | | | | |
| 100. CBSH | A | Dividend | K | T | | | | | |
| 101. EEP | B | Distribution | J | T | | | | | |
| 102. ETP | C | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PAA | A | Distribution | J | T | | | | | |
| 104. OKS | A | Dividend | | | Sold | 09/19/17 | K | B | |
| 105. BA | B | Dividend | L | T | | | | | |
| 106. HDSIX | D | Distribution | K | T | | | | | |
| 107. Wells Fargo Bank (bank deposit sweep) | A | Interest | J | T | | | | | |
| 108. DHR | B | Dividend | M | T | | | | | |
| 109. HCSG | C | Dividend | M | T | | | | | |
| 110. V | B | Dividend | N | T | | | | | |
| 111. GBDC | | None | | | Sold | 02/02/17 | K | C | |
| 112. NKE | A | Dividend | L | T | Sold (part) | 02/02/17 | J | B | |
| 113. AMT | A | Dividend | K | T | | | | | |
| 114. VNQ | B | Dividend | K | T | | | | | |
| 115. VZ | A | Dividend | | | Sold | 06/08/17 | K | | |
| 116. PSX | A | Dividend | | | Sold | 06/08/17 | J | B | |
| 117. NSC | A | Dividend | K | T | | | | | |
| 118. UPS | A | Dividend | | | Sold | 06/08/17 | J | A | |
| 119. TJX | A | Dividend | | | Buy (add'l) | 02/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 06/08/17 | J | A | |
| 121. HDV | C | Dividend | L | T | | | | | |
| 122. CMCSA | A | Dividend | J | T | | | | | |
| 123. AFL | A | Dividend | | | Buy (add'l) | 02/02/17 | J | | |
| 124. | | | | | Sold | 06/08/17 | J | C | |
| 125. BDX | A | Dividend | | | Buy (add'l) | 02/02/17 | J | | |
| 126. | | | | | Sold | 06/08/17 | J | C | |
| 127. CB | A | Dividend | K | T | | | | | |
| 128. LOW | A | Dividend | K | T | Buy (add'l) | 02/02/17 | J | | |
| 129. MDT | A | Dividend | K | T | | | J | | |
| 130. RAD | | None | | | Sold | 06/08/17 | J | | |
| 131. XLK | A | Dividend | L | T | Buy (add'l) | 02/02/17 | K | | |
| 132. XLU | A | Dividend | | | Sold | 06/08/17 | K | C | |
| 133. XLF | A | Dividend | K | T | Buy (add'l) | 02/02/17 | J | | |
| 134. SYK | A | Dividend | K | T | Buy (add'l) | 02/02/17 | J | | |
| 135. GOOG | | None | L | T | Buy | 02/06/17 | K | | |
| 136. T | A | Dividend | J | T | Buy | 02/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ginsburg, Douglas H. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. DGRO | A | Dividend | J | T | Buy | 03/02/17 | J | | |
| 138. ABT | A | Dividend | | | Buy | 02/02/17 | J | | |
| 139. | | | | | Sold | 06/08/17 | J | A | |
| 140. CAT | A | Dividend | | | Buy | 02/02/17 | J | | |
| 141. | | | | | Sold (part) | 03/02/17 | J | A | |
| 142. | | | | | Sold | 06/08/17 | J | A | |
| 143. CLX | A | Dividend | | | Buy | 02/02/17 | J | | |
| 144. | | | | | Sold | 06/08/17 | J | A | |
| 145. CL | A | Dividend | | | Buy | 02/02/17 | J | | |
| 146. | | | | | Sold | 06/08/17 | J | A | |
| 147. DIS | | None | | | Buy | 02/02/17 | J | | |
| 148. | | | | | Sold | 06/08/17 | J | | |
| 149. ITW | A | Dividend | | | Buy | 02/02/17 | J | | |
| 150. | | | | | Sold | 06/08/17 | J | A | |
| 151. JNJ | A | Dividend | | | Buy | 02/02/17 | J | | |
| 152. | | | | | Sold | 06/08/17 | J | A | |
| 153. KMB | A | Dividend | | | Buy | 02/02/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 06/08/17 | J | A | |
| 155. JPM | A | Dividend | | | Buy | 02/02/17 | K | | |
| 156. | | | | | Sold | 06/08/17 | K | A | |
| 157. PEP | A | Dividend | | | Buy | 02/02/17 | J | | |
| 158. | | | | | Sold | 06/08/17 | J | A | |
| 159. PG | A | Dividend | | | Buy | 02/02/17 | J | | |
| 160. | | | | | Sold | 06/08/17 | J | A | |
| 161. FZBXX (renamed FDRXX) | A | Dividend | J | T | | | | | |
| 162. AMZN | | None | L | T | | | | | |
| 163. CHD | A | Dividend | | | Sold | 10/27/17 | K | D | |
| 164. CVS | A | Dividend | | | Sold | 03/20/17 | K | D | |
| 165. DHR | A | Dividend | K | T | | | | | |
| 166. DXCM | | None | | | Sold | 10/06/17 | K | D | |
| 167. ECL | A | Dividend | K | T | | | | | |
| 168. IDXX | | None | K | T | Sold (part) | 08/10/17 | K | D | |
| 169. LKQ | | None | | | Sold | 01/06/17 | K | C | |
| 170. SMG | A | Dividend | | | Sold | 06/01/17 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  XRAY | A | Dividend | | | Sold | 05/10/17 | K | D | |
| 172.  SYK | A | Dividend | K | T | | | | | |
| 173.  V | A | Dividend | L | T | | | | | |
| 174.  PG | A | Dividend | K | T | | | | | |
| 175.  ALGN | | None | L | T | Sold (part) | 10/02/17 | K | D | |
| 176.  BGS | A | Dividend | | | Sold | 05/03/17 | K | B | |
| 177.  PAYX | A | Dividend | | | Sold | 06/29/17 | K | C | |
| 178.  RMAX | A | Dividend | K | T | | | | | |
| 179.  GE | A | Dividend | | | Sold | 03/20/17 | K | | |
| 180.  GOOG | | None | K | T | Buy (add'l) | 02/09/17 | J | | |
| 181.  JCOM | A | Distribution | | | Sold | 10/31/17 | K | B | |
| 182.  RBA | A | Dividend | | | Sold | 06/16/17 | K | | |
| 183.  AQMIX | | None | | | Sold | 02/09/17 | L | | |
| 184.  ALRM | | None | K | T | Buy | 10/02/17 | K | | |
| 185. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 186.  AXP | A | Dividend | K | T | Buy | 06/02/17 | K | | |
| 187.  CAT | A | Dividend | K | T | Buy | 08/10/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 189. FB | | None | K | T | Buy | 03/20/17 | K | | |
| 190. IRM | | None | K | T | Buy | 10/31/17 | K | | |
| 191. KRNT | | None | K | T | Buy | 04/28/17 | K | | |
| 192. MSFT | A | Dividend | K | T | Buy | 02/09/17 | K | | |
| 193. MRCC | B | Dividend | K | T | Buy | 07/12/17 | K | | |
| 194. RP | | None | K | T | Buy | 10/31/17 | K | | |
| 195. TYL | | None | K | T | Buy | 06/22/17 | K | | |
| 196. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 197. VEEV | | None | K | T | Buy | 04/28/17 | K | | |
| 198. WDAY | | None | K | T | Buy | 06/22/17 | K | | |
| 199. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 200. WMGI | | None | K | T | Buy | 03/20/17 | K | | |
| 201. ZTS | A | Dividend | K | T | Buy | 08/07/17 | K | | |
| 202. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 203. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 204. AYI | A | Dividend | | | Buy | 01/06/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 04/28/17 | K | | |
| 206. EFII | | None | | | Buy | 03/20/17 | K | | |
| 207. | | | | | Sold | 08/04/17 | K | | |
| 208. BOBE | C | Dividend | | | Buy | 05/05/17 | K | | |
| 209. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 210. | | | | | Sold | 09/28/17 | K | C | |
| 211. RBA | | None | | | Sold | 6/16/17 | K | | |
| 212. AQMIX | | None | | | Sold | 2/9/2017 | L | | |
| 213. FUTURES OPTIONS (see VIII) | | None | L | T | Buy | | K | | |
| 214. FUTURE OPTIONS (See VIII) | | None | L | T | Sold | | | C | |
| 215. ZIVO | | None | J | T | Buy (add'l) | 1/3/17 | J | | |
| 216. RAD | | None | J | T | | | | | |
| 217. MDLZ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ginsburg, Douglas H. | 08/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

#213. & #214. Futures Options - Discretionary trading account and the trader makes all the transactions; I do not have the ability to make a transaction. All investments are future contracts, e.g. on metals, currancies, and comodities such as orange juice; no corporate securities involved. I have not reported a date because there are many trades made on every business day of the year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Douglas H. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544